
Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, *Plaintiff* <br><br> v. <br><br> 545756338, *et al.*, *Defendants* | CIVIL ACTION No. <br> 19-cv-4209 (KPF) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants balabalago, BUSITECH Trading Co.,Ltd, Chengthew, FreeStyle17, Guangzhou Teamwin Trading Co.,Ltd., Haiwangz, Hilona, Jiujielun, Jojolin and Kizetenn in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: July 17, 2019  Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:  (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2019.

_____
Judge Katherine Polk Failla
United States District Judge