Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, *Plaintiff* <br><br> v. <br><br> 545756338, *et al.*, *Defendants* | CIVIL ACTION No. <br> 19-cv-4209 (KPF) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Kaiyunang in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: August 20, 2019								Respectfully submitted,

											**EPSTEIN DRANGEL LLP**

BY: _____

											Brieanne Scully (BS 3711)
											bscully@ipcounselors.com
											EPSTEIN DRANGEL LLP
											60 East 42nd Street, Suite 2520
											New York, NY 10165
											Telephone:	(212) 292-5390
											Facsimile:	(212) 292-5391
											*Attorneys for Plaintiff*
											*Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on August 20, 2019.

_____
Judge Katherine Polk Failla
United States District Judge